THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00079-MR-DLH-12

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TAIDE ALVARADO VERGARA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendant [Doc. 315].

Upon review of the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 315] is **GRANTED**, and the Bill of Indictment in the above-captioned case, as it relates to the Defendant Taide Alvarado Vergara only, is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the parties, the U.S. Marshals Service, and the U.S. Probation Office.

**IT IS SO ORDERED.**   Signed: April 18, 2017

Martin Reidinger
United States District Judge